■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVAKA STALLEY, Also Known as JUAKA STALLEY, Appellant.— Appeal by the defendant from two judgments of the County Court, Rockland County (Meehan, J.), both rendered August 5, 1987.

Ordered that the judgments are affirmed. *(See, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.